UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT WAYNE ANNABEL, II,

        Plaintiff,                       Case No. 1:16-cv-543

v.                                             Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendant MDOC be DISMISSED WITH PREJUDICE on grounds of immunity and failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's claim of conspiracy be DISMISSED WITH PREJUDICE on the grounds that it is both frivolous and fails to state a claim.

IT IS FURTHER ORDERED that Plaintiff's claims that were previously adjudicated against him (regarding his transfer to ICF on May 16, 2014; his inability to practice his "business" as a prison paralegal; interference with his legal mail between March 24, 2014 and April 10, 2014, and with delivery of his incoming mail between June 17 and July 2, 2014; his RICO claims; his claim against Defendants Smith, Norwood, and Huss for encouraging Prisoner Halton to harass Plaintiff; his claim that

Defendant Zwiker mocked his kosher diet; his supervisory liability claim against Defendant Heyns for denying him medical care; and his due process and retaliation claims about being denied grievance forms and being placed on modified grievance) be DISMISSED WITH PREJUDICE as frivolous.

IT IS FURTHER ORDERED that Plaintiff's remaining claims will be DISMISSED WITHOUT PREJUDICE for improper joinder.

Dated:   October 14, 2016              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge